GATES, J., took no part in this decision.

_____

GATES, Appellant, v. MARSHALL, Respondent.

(143 N. W. 369.)

**Appeal—No Brief Filed—Affirmance.**

Where appeal was taken on judgment roll, no settled record being had, and no brief on file after several months have elapsed since notice of appeal was served, the appeal will be deemed abandoned, and the judgment below affirmed.

Gates, J., not sitting.

(Opinion filed October 23, 1913.)

Appeal from Circuit Court, Buffalo County. Hon. FRANK B. SMITH, Judge.

Action by Charles E. Gates against J. E. Marshall. From a judgment for defendant, plaintiff appeals. Affirmed.

*A. E. Hitchcock,* for Appellant.

McCOY, J. In this case notice of appeal was filed in this court on May 12, 1913. There was no settled record, the appeal being taken on the judgment roll. No briefs have been filed. The appeal will be deemed abandoned.

The judgment appealed from is affirmed.

GATES, J., not sitting.